| | |
|---|---|
| 1 | SCOTT N. JOHNSON, ESQ. SBN 166952 |
|   | DISABLED ACCESS PREVENTS INJURY, INC. |
| 2 | 5150 Fair Oaks Blvd., Suite 101 |
|   | PMB #253 |
| 3 | Carmichael, CA  95608-5758 |
|   | Telephone: (916) 485-3516 |
| 4 | Facsimile:   (916) 481-4224 |
|   | Email: scottnjohnson@comcast.net |
| 5 |   |
|   | Attorney for Plaintiff SCOTT N. JOHNSON |
| 6 |   |
|   | MARTIN H ORLICK, Esq. (SBN 83908) mho@jmbm.com |
| 7 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
|   | Two Embarcadero Center, 5th Floor |
| 8 | San Francisco, CA  94111 |
|   | Telephone: 415-398-8080 |
| 9 | Facsimile: 415-398-5584 |
| 10 | Attorney for  Defendant MTG BLUE OAKS, LLC |

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | CASE NO.     2:09-CV-01896-MCE-DAD |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT MTG BLUE OAKS, LLC TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; ORDER THEREON** |
| v. | |
| MTG BLUE OAKS, LLC, a California limited liability company, | |
| Defendant. | |
| | Complaint filed:          July 13, 2009 |
| | Trial date:                   none set |

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for Plaintiff, SCOTT N. JOHNSON ("Plaintiff"), and Defendant, MTG BLUE OAKS, LLC ("Defendant"), that Defendant shall be allowed an extension of time to file its responsive pleading to the Complaint for Preliminary and Permanent Injunctive Relief; Declaratory Relief; and Monetary Relief on file herein (the "Complaint"). As a result of this grant of extension, Defendant's responsive pleading will become due on or before September 24, 2009.  The parties are engaged in good faith settlement discussions.  This extension

will give the parties an opportunity to complete settlement discussions without the need for Defendant to incur the expense of preparing a responsive pleading. Plaintiff previously granted a two week extension of time to respond.

DATED: September 10, 2009    DISABLED ACCESS PREVENTS INJURY, INC.

By: /s/ Scott N. Johnson
    SCOTT N. JOHNSON, ESQ.
Attorneys for Plaintiff SCOTT N. JOHNSON

DATED: September 9, 2009    JEFFER, MANGELS, BUTLER & MARMARO LLP

By: /s/ Martin H. Orlick
    MARTIN H. ORLICK, ESQ.
Attorneys for Defendant MTG BLUE OAKS, LLC

### *** ORDER***

IT IS SO ORDERED:

    Defendant MTG BLUE OAKS, LLC shall be allowed an extension to file its responsive pleading on or before September 24, 2009.

DATED: September 11, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -    09-01896 MCE-DAD
STIPULATION FOR DEFENDANT TO FILE
RESPONSIVE PLEADING

PRINTED ON RECYCLED PAPER

898350v1

PDF created with pdfFactory trial version www.pdffactory.com